UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARY ELLEN RICHARDSON | : | |
| a/k/a  MARY E. RICHARDSON | : | |
| a/k/a  MARY RICHARDSON | : | |
| | : | |
| | : | CASE NO.  5:14-bk-04849JJT |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DeHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | DOCKET NO.  80 |
| Movant | : | |
| | : | |
| MARY ELLEN RICHARDSON | : | |
| a/k/a  MARY E. RICHARDSON | : | |
| a/k/a  MARY RICHARDSON | : | |
| Respondent(s) | : | |

CERTIFICATION OF COMPLIANCE WITH COURT ORDER

AND NOW, this 24th day of August, 2016, comes Charles J. DeHart, III, Standing

Chapter 13 Trustee for the Middle District of Pennsylvania, and certifies that the Debtor

has complied with the Court Order entered August 09, 2016.

WHEREFORE, the Trustee requests that the above-mentioned case not be dismissed for material

default.

Respectfully submitted,

/s/Charles J. DeHart, III,
Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 24th day of August, 2016, I, Liz Joyce,  hereby certify that I have served the within Certification by electronically serving or depositing a true and correct copy of the same in the United States Mail, postage prepaid, first class mail, addressed to the following:

Mary Ellen Richardson
DBA The Rusty Nail
1605 Roosevelt Ave
Dunmore, PA  18512
(Debtor)

Tullio DeLuca, Esquire
381 North 9th Avenue
Scranton, PA  18504
(Attorney for Debtor

/s/Liz Joyce
For Charles J. DeHart, III
Standing Chapter 13 Trustee