```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                            Case No. 14-04849-JJT
Mary Ellen Richardson                                             Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5        User: CKovach              Page 1 of 2        Date Rcvd: Feb 10, 2017
                            Form ID: nthrgreq          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db             +Mary Ellen Richardson,    1605 Roosevelt Ave.,    Dunmore, PA 18512-2226
4560171       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Capital One Bank,    P.O. Box 85015,    Richmond, Virginia 23285-5015)
4560174        +CFSI,    Real Estate Division,   245 Main St.,    Dickson City, Pennsylvania 18519-1641
4560175        +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
4560176         Comenity Bank/Fashion Bug,    Bankruptcy Department,    P.O. Box 182125,
                 Columbus, Ohio 43218-2125
4560178         David E. Schwager, Esq.,    Chariton & Schwager,    138 South Main St.,    P.O. Box 910,
                 Wilkes-Barre, PA 18703-0910
4560179        +Dunmore Borough Refuse,    400 S. Blakely St.,    Dunmore, Pennsylvania 18512-2235
4560181       ++FIDELITY INFORMATION CORPORATION,    PO BOX 3963,    GLENDALE CA 91221-0963
                 (address filed with court:   Fidelity Information Corp.,    P.O. Box 49938,
                 Los Angeles, California 90049)
4560180        +Fairway Consumer Discount Co,    8 Marion Street, P.O. Box 12,
                 Luzerne, Pennsylvania 18709-0012
4581415         Fairway Consumer Discount Company,    c/o Chariton, Schwager & Malak,    138 South Main Street,
                 P.O. Box 910,    Wilkes-Barre, PA 18703-0910
4560182        +Gerard Richardson,    1605 Roosevelt Ave,    Dunmore, PA 18512-2226
4560184        +Gerard Richardson,    1605 Roosevelt Ave.,    Dunmore, Pennsylvania 18512-2226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4560177        +E-mail/Text: creditonebknotifications@resurgent.com Feb 10 2017 19:36:47      CreditOne,
                 P.O. Box 98873,    Las Vegas, Nevada 89193-8873
4560185         E-mail/Text: cio.bncmail@irs.gov Feb 10 2017 19:36:52      Internal Revenue Service,
                 Special Procedures Branch, P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
4560186         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2017 19:37:11       PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,   Harrisburg, Pennsylvania 17128-0496
4560187         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2017 19:33:23
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd.,    Norfolk, Virginia 23502
4560188         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2017 19:33:16
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, Virginia 23541
4609554         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2017 19:33:23
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4566964         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2017 19:37:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
4563918         E-mail/Text: bnc-quantum@quantum3group.com Feb 10 2017 19:37:09
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
4560189         E-mail/Text: bnc-quantum@quantum3group.com Feb 10 2017 19:37:09
                 Quantum3 Group, LLC as agent for,    Comenity Bank,   P.O. Box 788,
                 Kirkland, Washington 98083-0788
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr*             Fairway Consumer Discount Company,    c/o Chariton, Schwager & Malak,    138 South Main Street,
                 P.O. Box 910,    Wilkes Barre, PA  18703-0910
4560172*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Capital One Bank,    P.O. Box 85015,    Richmond, Virginia 23285)
4560173*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Capital One Services,    P.O. Box 85015,
                 Richmond, Virginia 23285-5015)
4560183*       +Gerard Richardson,    1605 Roosevelt Ave.,    Dunmore, PA 18512-2226
                                                                                   TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2017 at the address(es) listed below:

          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          David   Schwager    on behalf of Creditor    Fairway Consumer Discount Company des@csmlawoffices.com,
           dschwagr@epix.net
          Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Association et all bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in
           interest to Bank of America, National Association et all tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor Mary Ellen Richardson tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                               TOTAL: 6

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mary Ellen Richardson<br>aka Mary E. Richardson, aka Mary Richardson, dba The Rusty Nail<br>**Debtor(s)** | Chapter: 13<br><br>Case number: 5:14−bk−04849−JJT<br><br>Document Number: 89<br><br>Matter: Trustee's Motion to Require Modification of Plan |
| Charles J DeHart,III, Trustee<br>**Movant(s)**<br><br>vs.<br><br>Mary Ellen Richardson<br>aka Mary E. Richardson, aka Mary Richardson, dba The Rusty Nail<br>**Respondent(s)** | |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on October 20, 2014.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: March 7, 2017**<br><br>**Time: 09:30 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CKovach |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 10, 2017 |