UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY ELLEN RICHARDSON
AKA: MARY E. RICHARDSON, MARY RICHARDSON
DBA: THE RUSTY NAIL

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   Movant

CASE NO: 5-14-04849-JJT

MARY ELLEN RICHARDSON
AKA: MARY E. RICHARDSON, MARY RICHARDSON
DBA: THE RUSTY NAIL

Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on April 7, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of April 7, 2017, the Debtor(s) is/are $1295.00 in arrears with a plan payment having last been made on Nov 25, 2016.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: April 7, 2017

Case 5:14-bk-04849-JJT    Doc 94    Filed 04/07/17    Entered 04/07/17 13:07:38    Desc
Main Document      Page 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY ELLEN RICHARDSON
AKA: MARY E. RICHARDSON, MARY RICHARDSON
DBA: THE RUSTY NAIL

        Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

CASE NO: 5-14-04849-JJT

MARY ELLEN RICHARDSON
AKA: MARY E. RICHARDSON, MARY RICHARDSON
DBA: THE RUSTY NAIL

        Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on April 7, 2017.

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA 18504-

MARY ELLEN RICHARDSON
1605 ROOSEVELT AVE.
DUNMORE, PA 18512

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: April 7, 2017