```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 14-04849-JJT
Mary Ellen Richardson                                           Chapter 13
      Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5      User: CKovach           Page 1 of 2           Date Rcvd: Apr 10, 2017
                          Form ID: pdf010         Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2017.
```
db           +Mary Ellen Richardson,    1605 Roosevelt Ave.,    Dunmore, PA 18512-2226
4560171    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One Bank,    P.O. Box 85015,   Richmond, Virginia 23285-5015)
4560174      +CFSI,    Real Estate Division, 245 Main St.,    Dickson City, Pennsylvania 18519-1641
4560175      +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
4560176       Comenity Bank/Fashion Bug,    Bankruptcy Department,    P.O. Box 182125,
              Columbus, Ohio 43218-2125
4560178       David E. Schwager, Esq.,    Chariton & Schwager,    138 South Main St.,   P.O. Box 910,
              Wilkes-Barre, PA 18703-0910
4560179      +Dunmore Borough Refuse,    400 S. Blakely St.,    Dunmore, Pennsylvania 18512-2235
4560181    ++FIDELITY INFORMATION CORPORATION,    PO BOX 3963,    GLENDALE CA 91221-0963
             (address filed with court:  Fidelity Information Corp.,    P.O. Box 49938,
              Los Angeles, California 90049)
4560180      +Fairway Consumer Discount Co,    8 Marion Street, P.O. Box 12,
              Luzerne, Pennsylvania 18709-0012
4581415       Fairway Consumer Discount Company,    c/o Chariton, Schwager & Malak,    138 South Main Street,
              P.O. Box 910,    Wilkes-Barre, PA 18703-0910
4560182      +Gerard Richardson,    1605 Roosevelt Ave,    Dunmore, PA 18512-2226
4560184      +Gerard Richardson,    1605 Roosevelt Ave.,    Dunmore, Pennsylvania 18512-2226
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4560177      +E-mail/Text: creditonebknotifications@resurgent.com Apr 10 2017 18:56:28      CreditOne,
              P.O. Box 98873,    Las Vegas, Nevada 89193-8873
4560185       E-mail/Text: cio.bncmail@irs.gov Apr 10 2017 18:56:28      Internal Revenue Service,
              Special Procedures Branch, P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
4560186       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2017 18:56:31       PA Dept. of Revenue,
              Bankruptcy Division,    Dept. 280946,    Harrisburg, Pennsylvania 17128-0496
4560187       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2017 19:00:23
              Portfolio Recovery Associates, LLC,    120 Corporate Blvd.,   Norfolk, Virginia 23502
4560188       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2017 19:00:28
              Portfolio Recovery Associates, LLC,    P.O. Box 41067,   Norfolk, Virginia 23541
4609554       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2017 19:00:23
              Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
4566964       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2017 18:56:32
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
4563918       E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2017 18:56:31
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
4560189       E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2017 18:56:31
              Quantum3 Group, LLC as agent for,    Comenity Bank,    P.O. Box 788,
              Kirkland, Washington 98083-0788
                                                                                             TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JPMORGAN CHASE BANK, N.A.
cr*           Fairway Consumer Discount Company,    c/o Chariton, Schwager & Malak,    138 South Main Street,
              P.O. Box 910,    Wilkes Barre, PA  18703-0910
4560172*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One Bank,    P.O. Box 85015,   Richmond, Virginia 23285)
4560173*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One Services,    P.O. Box 85015,
              Richmond, Virginia 23285-5015)
4560183*     +Gerard Richardson,    1605 Roosevelt Ave.,    Dunmore, PA 18512-2226
                                                                                  TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                         Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2017 at the address(es) listed below:

```
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          David  Schwager    on behalf of Creditor   Fairway Consumer Discount Company des@csmlawoffices.com,
           dschwagr@epix.net
          Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Association et all bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in
           interest to Bank of America, National Association et all tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor Mary Ellen Richardson tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**MARY ELLEN RICHARDSON AKA
MARY E. RICHARDSON
AKA MARY RICHARDSON
DBA THE RUSTY NAIL**

Debtor(s)

**CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE**
    Movant(s)
vs.

**MARY ELLEN RICHARDSON
AKA: MARY E. RICHARDSON,
MARY
RICHARDSON
DBA: THE RUSTY NAIL**
    Respondent(s)

Chapter: 13

Case Number: 5-14-bk-04849-JJT

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

Date: April 10, 2017

_____
John J. Thomas, Bankruptcy Judge
(RPR)

MDPA-Dismiss Case.WPT - REV 01/15